An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMOURIAN CHARLES; AND
SHANEQUA CHARLES,
Petitioners,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE; AND THE HONORABLE
DAVID A. HARDY, DISTRICT JUDGE,
Respondents,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 65576

FILED

JUN 25 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

*ORDER DENYING PETITION*

This emergency original petition for a writ of mandamus or certiorari challenges a district court order denying a motion to dismiss an amended information based on various due process and constitutional deficiencies. Petitioners are awaiting trial on one count of sex trafficking of a child in violation of NRS 201.300(2). We have considered the petition, the answer, and the documents submitted to this court, and we are not

14-20897

satisfied that this court's intervention by way of extraordinary writ is warranted. Accordingly, we deny the petition. *See* NRAP 21(b).

ORDER the petition DENIED.[1]



_____, J.
Hardesty

_____, J.          _____, J.
Douglas                                                          Cherry

---

[1]Petitioners submitted a document under seal to this court on May 6, 2014. A party seeking to seal a document in a criminal case pending in this court must file a written motion that identifies the document or information the party seeks to seal and the grounds upon which sealing the subject documents is justified, specifies the duration of the sealing order, and explains why less restrictive means will not adequately protect the material. *Howard v. State*, 128 Nev. ___, ___, 291 P.3d 137, 142-43 (2012). Petitioners have not sought to seal the document submitted in accordance with *Howard*. However, having reviewed the document, it does not appear that it is necessary to our resolution of the petition. Therefore, we direct the clerk of this court to return unfiled the document received on May 6, 2014.

Further, we lift the stay of the trial imposed on May 9, 2014.

cc:   Hon. David A. Hardy, District Judge
Washoe County Alternate Public Defender
Washoe County Public Defender
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk